IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER THOMPSON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1432

Opinion filed July 14, 2015.

An appeal from an order of the Circuit Court for Alachua County.
William E. Davis, Judge.

Stacy A. Scott, Public Defender, and Canaan Goldman, Assistant Public Defender,
Gainesville, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Upon consideration of appellant's response to the Court's order of March 27, 2015, the Court has determined that the appeal is untimely with respect to appellant's the December 8, 2015 criminal judgment and sentence. Accordingly,

the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROWE, SWANSON, and BILBREY, JJ., CONCUR.